OPINION — AG — ** SHERIFF — POSTING OF NOTICES — ANIMALS ** STATEMENT OF FACTS: " THE SHERIFF OF THIS COUNTY IS FREQUENTLY CALLED UPON BY FARMERS WHOSE CROPS ARE DAMAGED BY TRESPASSING LIVESTOCK. IN MANY CASES THE OWNERSHIP OF THE ANIMALS CANNOT BE ASCERTAINED BY THE MOST CAREFUL INVESTIGATION. RELIEF IS USUALLY AFFORDED BY RESORT OF THE STATUTES TO ESTRAYS (4 O.S. 61 [4-61] — 4 O.S. 67 [4-67] [4-67], 4 O.S. 81.1 [4-81.1] — 4 O.S. 81.4 [4-81.4] [4-81.4]) AND TO THE OPINION NO. OCTOBER 11, 1948 — EXAMINER AND INSPECTOR. (INVESTIGATION, LAW ENFORCEMENT DESTRUCTION OF PRIVATE PROPERTY BY ANIMALS, NOTICE, PROCEDURES, PUBLIC NOTICE, SALE OF ANIMALS, STRAY, LOST, PROCEEDINGS) CITE: 4 O.S. 61 [4-61], 4 O.S. 67 [4-67], 4 O.S. 81.1 [4-81.1], 4 O.S. 81.4 [4-81.4] (J. H. JOHNSON)